United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-00369-CPM |
| James John Piccillo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: 309A | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James John Piccillo, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857569 | + | ACP Dental Group, PLLC, 14511 Old Katy Rd., Houston, TX 77079-1025 |
| 29857570 | + | ACP Dental Group, PLLC, c/o J.R. Skrabanek, Esq., Thompson & Skrabanek PLLC, 42 W. 38th St., Suite 1002, New York, NY 10018-6210 |
| 29857571 | | Assn Fire Districts Nassau, Attn: Ralph J. Raymond, 977 Hicksville Rd., Seaford, NY 11783 |
| 29857572 | + | Bhawesh Patel, 2021 Grand Concourse, Bronx, NY 10453-4317 |
| 29857575 | + | Community ER, Attn: Dr. Huong Le, 837 Cypress Creek Pkwy., Suite 111, Houston, TX 77090-3422 |
| 29857576 | + | Comprehensive Care Mgmt, Inc, Attn: Gayana M. Ouzo, 20944 Sherman Way, Suite 115, Canoga Park, CA 91303-3632 |
| 29857577 | + | Dennis Gross, 900 5th Ave., New York, NY 10021-4157 |
| 29857578 | + | Dr. Ramtin Kassir, 799 Park Ave., New York, NY 10021-3275 |
| 29857580 | | Fresenius Med. Care Holdings, c/o Joseph C. Merschman, Esq, Wiggin and Dana LLP, P O Box 1832, New Haven, CT 06508-1832 |
| 29857579 | + | Fresenius Med. Care Holdings, 920 Winter St., Waltham, MA 02451-1519 |
| 29857581 | | Global Logistics Exchange, Attn: Carlos de Cespedes, 8095 NW 69th St., Miami, FL 33166 |
| 29857582 | + | Green Earth Supplies, LLC, Attn: Odain Ferguson, 98 Truman Dr., Wood Ridge, NJ 07075-2143 |
| 29857583 | | Green Sky, Dept. 3025, P O Box 2153, Birmingham, AL 35287-3025 |
| 29857584 | + | Jian Tam, 53 Richards St., Brooklyn, NY 11231-1603 |
| 29857585 | + | Jian Tam, 164 Sterling Place, Suite 1B, Brooklyn, NY 11217-3337 |
| 29857586 | + | Jian Tam, c/o Michael C. Barrows, Esq., 100 Quentin Roosevelt Blvd., Suite 210, Garden City, NY 11530-4843 |
| 29857587 | + | Lexington Crossing Apts., 3700 SW 27th St., Gainesville, FL 32608-7000 |
| 29857592 | | MB Oil and Logistics, LLC, Attn: Ben Comis, CEO, 19 White Ash Dr, Brandon, Manitoba, CANADA, R7A 7T1 |
| 29857595 | + | MIH CP Solutions, LLC, Attn: James J. Piccillo, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857594 | + | MIH CP Solutions, LLC, Attn: James J. Piccillo, Mgr, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857589 | + | Made in Brooklyn Designs Inc, c/o Michael C. Barrows, Esq., 100 Quentin Roosevelt Blvd., Suite 210, Garden City, NY 11530-4843 |
| 29857588 | + | Made in Brooklyn Designs Inc, 53 Richards St., Brooklyn, NY 11231-1603 |
| 29857590 | + | Made in Brooklyn Designs Inc, 164 Sterling Place, Brooklyn, NY 11217-3346 |
| 29857591 | + | Marianna Weiner, 484 Mayfair Drive South, Brooklyn, NY 11234-6904 |
| 29857593 | + | Media Reps, LLC, Attn: Mark Bauman, 1286 University Ave., #383, San Diego, CA 92103-3312 |
| 29857597 | | North American SolutionsCorp, Attn: Vlad Kryvdyk, 59 Muskegan Ct., Vernon Hills, IL 60061 |
| 29857599 | + | Second Mouse, LLC, Attn: Kimberly Ford, 3321 West Galvin St., Phoenix, AZ 85086-2162 |
| 29857600 | + | Town of Oyster Bay, Attn: Ralph Raymond, 74 Audrey Ave., Oyster Bay, NY 11771-1592 |
| 29857601 | + | VDS Business Solutions, LLC, Attn: Joey Blackwell, 261 Hawks Lake Dr., Ball Ground, GA 30107-6444 |
| 29857602 | + | Warren Oral Surgery, Attn: Dr. Dan Sullivan, 58 Mt. Bethel Rd., Suite 202, Warren, NJ 07059-2655 |
| 29857603 | + | Wells Fargo Auto, P O Box 17500, Denver, CO 80217-0500 |
| 29857604 | + | Wert Specialty Orthopedics, Attn: Philip S. Wang, 132-28 41st Ave, Suite 2A, Flushing, NY 11355-3995 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mpaasch@mateerharbert.com | Feb 02 2022 00:44:00 | Michael A Paasch, Mateer & Harbert PA, Post Office Box 2854, Orlando, FL 32802 |
| tr | + | EDI: QLSHYMAN.COM | Feb 02 2022 05:18:00 | Larry S. Hyman, PO Box 18625, Tampa, FL 33679-8625 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 02 2022 00:45:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 309A | Total Noticed: 39 |

| 29857573 | EDI: CAPITALONE.COM | | | |
|---|---|---|---|---|
| | | Feb 02 2022 05:18:00 | Capital One, P O Box 60599, City of Industry, CA 91716-0599 | |
| 29857574 | EDI: JPMORGANCHASE | | | |
| | | Feb 02 2022 05:18:00 | Chase Bank USA, N.A., c/o JPMorganChase Legal Dept, 1191 E. Newport Center Dr., Suite 101, Deerfield Beach, FL 33442 | |
| 29857598 | + Email/PDF: ebnotices@pnmac.com | | | |
| | | Feb 02 2022 00:50:01 | PennyMac Loan Services LLC, 3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361-3027 | |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29857596 | | MIH CP Solutions, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2022             Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Larry S. Hyman | larry@larryhymancpa.com  lhyman@ecf.axosfs.com;melissa@larryhymancpa.com;jamie@larryhymancpa.com |
| Michael A Paasch | on behalf of Debtor James John Piccillo mpaasch@mateerharbert.com  NDarville@MateerHarbert.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | James John Piccillo <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2438 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 7   1/28/22 |
| Case number: | 8:22–bk–00369–CPM | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James John Piccillo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1101 Fredrick Lane <br> Brandon, FL 33511 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael A Paasch <br> Mateer & Harbert PA <br> Post Office Box 2854 <br> Orlando, FL 32802 | Contact phone (407) 425–9044 <br><br> Email:  mpaasch@mateerharbert.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Larry S. Hyman <br> PO Box 18625 <br> Tampa, FL 33679 | Contact phone 813–875–2701 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| 6. | **Bankruptcy Clerk's Office** | Sam M. Gibbons United States Courthouse | Hours open: |
|---|---|---|---|
| | | 801 North Florida Avenue, Suite 555 | Monday – Friday 8:30 AM – 4:00PM |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Tampa, FL 33602 | Contact phone 813–301–5162 |
| | | | Date: February 1, 2022 |
| 7. | **Meeting of creditors** | **March 1, 2022 at 01:20 PM** | **Meeting will be held telephonically** |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Larry S. Hyman<br>Call in number: 877–513–5639<br>Passcode: 5085956 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** May 2, 2022 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |