United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 22-00369-CPM
James John Piccillo                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8                            User: admin                                    Page 1 of 2
Date Rcvd: Mar 03, 2022                         Form ID: aPOCjck                                Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James John Piccillo, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857569 | + | ACP Dental Group, PLLC, 14511 Old Katy Rd., Houston, TX 77079-1025 |
| 29857570 | + | ACP Dental Group, PLLC, c/o J.R. Skrabanek, Esq., Thompson & Skrabanek PLLC, 42 W. 38th St., Suite 1002, New York, NY 10018-6210 |
| 29857571 | | Assn Fire Districts Nassau, Attn: Ralph J. Raymond, 977 Hicksville Rd., Seaford, NY 11783 |
| 29857572 | + | Bhawesh Patel, 2021 Grand Concourse, Bronx, NY 10453-4317 |
| 29857575 | + | Community ER, Attn: Dr. Huong Le, 837 Cypress Creek Pkwy., Suite 111, Houston, TX 77090-3422 |
| 29857576 | + | Comprehensive Care Mgmt, Inc, Attn: Gayana M. Ouzo, 20944 Sherman Way, Suite 115, Canoga Park, CA 91303-3632 |
| 29857577 | + | Dennis Gross, 900 5th Ave., New York, NY 10021-4157 |
| 29857578 | + | Dr. Ramtin Kassir, 799 Park Ave., New York, NY 10021-3275 |
| 29857580 | | Fresenius Med. Care Holdings, c/o Joseph C. Merschman, Esq, Wiggin and Dana LLP, P O Box 1832, New Haven, CT 06508-1832 |
| 29857579 | + | Fresenius Med. Care Holdings, 920 Winter St., Waltham, MA 02451-1519 |
| 29857581 | | Global Logistics Exchange, Attn: Carlos de Cespedes, 8095 NW 69th St., Miami, FL 33166 |
| 29857582 | + | Green Earth Supplies, LLC, Attn: Odain Ferguson, 98 Truman Dr., Wood Ridge, NJ 07075-2143 |
| 29857583 | | Green Sky, Dept. 3025, P O Box 2153, Birmingham, AL 35287-3025 |
| 29857584 | + | Jian Tam, 53 Richards St., Brooklyn, NY 11231-1603 |
| 29857585 | + | Jian Tam, 164 Sterling Place, Suite 1B, Brooklyn, NY 11217-3337 |
| 29857586 | + | Jian Tam, c/o Michael C. Barrows, Esq., 100 Quentin Roosevelt Blvd., Suite 210, Garden City, NY 11530-4843 |
| 29857587 | + | Lexington Crossing Apts., 3700 SW 27th St., Gainesville, FL 32608-7000 |
| 29857592 | | MB Oil and Logistics, LLC, Attn: Ben Comis, CEO, 19 White Ash Dr, Brandon, Manitoba, CANADA, R7A 7T1 |
| 29857595 | + | MIH CP Solutions, LLC, Attn: James J. Piccillo, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857594 | + | MIH CP Solutions, LLC, Attn: James J. Piccillo, Mgr, 1101 Fredrick Lane, Brandon, FL 33511-6432 |
| 29857589 | + | Made in Brooklyn Designs Inc, c/o Michael C. Barrows, Esq., 100 Quentin Roosevelt Blvd., Suite 210, Garden City, NY 11530-4843 |
| 29857588 | + | Made in Brooklyn Designs Inc, 53 Richards St., Brooklyn, NY 11231-1603 |
| 29857590 | + | Made in Brooklyn Designs Inc, 164 Sterling Place, Brooklyn, NY 11217-3346 |
| 29857591 | + | Marianna Weiner, 484 Mayfair Drive South, Brooklyn, NY 11234-6904 |
| 29857593 | + | Media Reps, LLC, Attn: Mark Bauman, 1286 University Ave., #383, San Diego, CA 92103-3312 |
| 29857597 | | North American SolutionsCorp, Attn: Vlad Kryvdyk, 59 Muskegan Ct., Vernon Hills, IL 60061 |
| 29857599 | + | Second Mouse, LLC, Attn: Kimberly Ford, 3321 West Galvin St., Phoenix, AZ 85086-2162 |
| 29857600 | + | Town of Oyster Bay, Attn: Ralph Raymond, 74 Audrey Ave., Oyster Bay, NY 11771-1592 |
| 29857601 | + | VDS Business Solutions, LLC, Attn: Joey Blackwell, 261 Hawks Lake Dr., Ball Ground, GA 30107-6444 |
| 29857602 | + | Warren Oral Surgery, Attn: Dr. Dan Sullivan, 58 Mt. Bethel Rd., Suite 202, Warren, NJ 07059-2655 |
| 29857603 | + | Wells Fargo Auto, P O Box 17500, Denver, CO 80217-0500 |
| 29857604 | + | Wert Specialty Orthopedics, Attn: Philip S. Wang, 132-28 41st Ave, Suite 2A, Flushing, NY 11355-3995 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLSHYMAN.COM | | Larry S. Hyman, PO Box 18625, Tampa, FL |
| | | | Mar 04 2022 02:28:00 | 33679-8625 |
| 29857573 | | EDI: CAPITALONE.COM | | Capital One, P O Box 60599, City of Industry, CA |
| | | | Mar 04 2022 02:28:00 | 91716-0599 |
| 29857574 | | EDI: JPMORGANCHASE | | Chase Bank USA, N.A., c/o JPMorganChase |
| | | | Mar 04 2022 02:28:00 | Legal Dept, 1191 E. Newport Center Dr., Suite 101, Deerfield Beach, FL 33442 |

29857598          +  Email/PDF: ebnotices@pnmac.com

Mar 03 2022 21:39:29    PennyMac Loan Services LLC, 3043 Townsgate
Rd., Suite 200, Westlake Village, CA 91361-3027

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 29857596 |               | MIH CP Solutions, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Larry S. Hyman | larry@larryhymancpa.com  lhyman@ecf.axosfs.com;melissa@larryhymancpa.com;jamie@larryhymancpa.com |
| Michael A Paasch | on behalf of Debtor James John Piccillo mpaasch@mateerharbert.com  NDarville@MateerHarbert.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

[Dnftpoc] [Asset Notice]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                    Case No. 8:22−bk−00369−CPM
                                                          Chapter 7

James John Piccillo

_____    Debtor*    _____/

### NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

#### NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is June 6, 2022 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − **www.flmb.uscourts.gov,** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated March 2, 2022 .

                              Sheryl L. Loesch , Clerk of Court
                              Sam M. Gibbons United States Courthouse
                              801 North Florida Avenue, Suite 555
                              Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties