UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

JAMES JOHN PICCILLO,

    Debtor.

_____/

Case No.:    8:22-bk-00369-CPM

Chapter 7

### AMENDMENT TO SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**COME NOW** the Debtor, JAMES JOHN PICCILLO, by and through his undersigned attorneys, and files this, his Amendment to Schedule F – Creditors Holding Unsecured Nonpriority Claims, as follows:

**To be added to Schedule F:**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | AMOUNT OF CLAIM |
|---|---|---|
| eHarmony.com, Inc.<br>10900 Wilshire Blvd.<br>17TH Floor<br>Los Angeles, CA 90024 | Consumer Debt | Unknown |
| eHarmony.com, Inc.<br>℅ Rozlin Financial Group, Inc.<br>Attn: Samantha Anderson<br>P O Box 537<br>Sycamore, IL 60178 | Consumer Debt (collection agent) | $550.80 |

**To be deleted from Schedule F:**

| | |
|---|---|
| Global Logistics Exchange<br>Attn: Carlos de Cespedes<br>8095 NW 68th St.<br>Miami   FL   33166 | Second Mouse, LLC<br>P O Box 291<br>Everglades City, FL 34139 |

I, JAMES JOHN PICCILLO, hereby certify under penalty of perjury that I have read the foregoing and that the information is true and correct.

*[signature]*
JAMES JOHN PICCILLO

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished by first class mail to James John Piccillo, Debtor, 1101 Fredrick Lane, Brandon, FL 33511; eHarmony.com, Inc., 10900 Wilshire Blvd., 17TH Floor, Los Angeles, CA 90024 (together with a copy of the Notice of Chapter 7 Bankruptcy Case – Doc. №. 5); eHarmony.com, Inc., % Rozlin Financial Group, Inc., Attn: Samantha Anderson, P O Box 537, Sycamore, IL 60178 (together with a copy of the Notice of Chapter 7 Bankruptcy Case – Doc. №. 5); Global Logistics Exchange, Attn: Carlos de Cespedes, 8095 NW 68th St., Miami, FL 33166; Second Mouse, LLC, P O Box 291, Everglades City, FL 34139; Larry S. Hyman, Trustee, P O Box 18625, Tampa, FL 33679; and the U.S. Trustee – TPA 7/13, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602; this __20th__ day of April, 2022.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
mpaasch@mateerharbert.com

Attorneys for Debtor

4871-4573-0843, v. 1