# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 22-00369 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JAMES JOHN PICCILLO | | | | Date Filed (f) or Converted (c): | 01/28/2022 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/2022 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 06/06/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1101 FREDRICK LANE BRANDON FL 33511-0000 HILLSBOROUGH | 372,805.00 | 0.00 | OA | 0.00 | FA |
| 2. 2015 BMW MILEAGE: 97,813 VIN: 5UXWX9C54F0D44507 | 13,593.00 | 13,593.00 | OA | 0.00 | FA |
| 3. 2019 HYUNDAI MIRAGE G4 MILEAGE: 28,007 VIN: ML32F3FJ4KHF05557 CO-OWNED WITH DAUGHTER | 12,793.00 | 11,793.00 | | 11,793.00 | FA |
| 4. 2011 CADILLAC SRX MILEAGE: 115,903 DRIVEN/MAINTAINED BY DEBTOR'S EX-WIFE | 7,023.00 | 7,023.00 | | 4,707.00 | FA |
| 5. DINING ROOM SET, LIVING ROOM SET, BEDROOM SETS (4), COMPUTER DESKS (3), PARTICLE BOARD BAR, SMALL ENTERTAINMENT CENTERS (2) | 2,200.00 | 1,200.00 | | 0.00 | FA |
| 6. IPHONE, LAPTOP COMPUTER, LASER PRINTER, TELEVISIONS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. ANTIQUE COINS | 200.00 | 200.00 | | 0.00 | FA |
| 8. GOLF CLUBS, ELECTRIC PIANO | 800.00 | 800.00 | | 0.00 | FA |
| 9. TWO DOGS, TWO CATS | 0.00 | 0.00 | | 0.00 | FA |
| 10. FIFTH THIRD BANK ACCOUNT NO. X-3144 JOINTLY HELD WITH EX-WIFE | 456.65 | 0.00 | | 0.00 | FA |
| 11. FIFTH THIRD BANK ACCOUNT NO. X-4022 | 282.13 | 0.00 | | 0.00 | FA |
| 12. FIFTH THIRD BANK ACCOUNT NO. X-4372 | 270.89 | 0.00 | | 0.00 | FA |
| 13. SUNCOAST FEDERAL CREDIT UNION ACCOUNT NO. X-0000 | 25.00 | 25.00 | | 0.00 | FA |
| 14. SUNCOAST FEDERAL CREDIT UNION ACCOUNT NO. X-0050 | 50.00 | 50.00 | | 0.00 | FA |
| 15. NAVY FEDERAL CREDIT UNION ACCOUNT NO. X-9839 | 303.00 | 303.00 | | 0.00 | FA |
| 16. NAVY FEDERAL CREDIT UNION ACCOUNT NO. X-1490 | 53.00 | 53.00 | | 0.00 | FA |
| 17. FIDELITY INDIVIDUAL BROKERAGE ACCOUNT | 414.82 | 414.82 | | 0.00 | FA |
| 18. OPTUM FINANCIAL ACCOUNT NO. X-1649 | 2,906.00 | 0.00 | | 0.00 | FA |
| 19. ROBINHOOD TRADING ACCOUNT | 56.35 | 56.35 | | 0.00 | FA |
| 20. MIH CP SOLUTIONS LLC (NO LONGER IN BUSINESS) | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 22-00369 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JAMES JOHN PICCILLO | | | | Date Filed (f) or Converted (c): | 01/28/2022 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/2022 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 06/06/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. FIDELITY | 59,727.52 | 0.00 | | 0.00 | FA |
| 22. LINCOLN FINANCIAL GROUP (TWO POLICIES) | 0.00 | 0.00 | | 0.00 | FA |
| 23. FIT Return 2021 (u) | 0.00 | 6,700.00 | | 4,380.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $474,959.36   $43,211.17   $20,880.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/9/2022 Filed RNOIS.

Initial Projected Date of Final Report (TFR): 03/31/2023     Current Projected Date of Final Report (TFR): 03/31/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 22-00369 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| Case Name: JAMES JOHN PICCILLO | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX2361 |
| | | Checking |
| Taxpayer ID No: XX-XXX5463 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/22 | | WENDY A KLINGLER | BUYBACK | | $20,880.00 | | $20,880.00 |
| | | | Gross Receipts   $20,880.00 | | | | |
| | 3 | | 2019 HYUNDAI MIRAGE G4   $11,793.00<br>MILEAGE: 28,007 VIN: ML32F3FJ4KHF05557 CO-OWNED WITH DAUGHTER | 1129-000 | | | |
| | 4 | | 2011 CADILLAC SRX   $4,707.00<br>MILEAGE: 115,903 DRIVEN/MAINTAINED BY DEBTOR'S EX-WIFE | 1129-000 | | | |
| | 23 | | FIT Return 2021   $4,380.00 | 1124-000 | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $20,880.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,880.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,880.00 | $0.00 |

Page Subtotals:   $20,880.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2361 - Checking | $20,880.00 | $0.00 | $20,880.00 |
|  | $20,880.00 | $0.00 | $20,880.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,880.00 |
| Total Gross Receipts: | $20,880.00 |

Page Subtotals:  $0.00  $0.00