**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

                                      CASE NO. 8:22-00369-CPM
                                      Chapter 7

JAMES JOHN PICCILLO

_____Debtor(s) /

**TRUSTEE'S BILL OF SALE - PERSONAL PROPERTY**

     The undersigned, LARRY S. HYMAN, as Trustee for the estate of JAMES JOHN PICCILLO, Case No: 8:22-00369-CPM, United States Bankruptcy Court, Middle District of Florida, Tampa Division for valuable consideration, to wit, $16,500.00, receipt of which is hereby acknowledged, and pursuant to notice of trustee's sale of property (11 U.S.C. S 363) as filed in the record of said case, does hereby sell to JAMES JOHN PICCILLO the personal property of said estate described as:

     Debtors unencumbered, non-exempt portion of 2019 Hyundai Mirage G4, VIN# ML32F3FJ4KHF05557; 2011 Cadillac SRX, VIN# 3GYFNAEY7BS532416.

     Said sale is without representations or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose. Exhibits, if attached, are for identification only and are not a representation by seller for any purpose as to quantity, description, price or extension.

Dated: April 26, 2022

                                                               <u>/s/ Larry S. Hyman, Trustee</u>
                                                                Larry S. Hyman, Trustee
                                                                P.O. Box 18625
                                                                Tampa, FL 33679
                                                                Larry@larryhymancpa.com